1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                )
SECURITY INSURANCE COMPANY OF,  )
HARTFORD,                                          )     No. C05-1062L
                                                )
                    Plaintiff,                  )
       v.                                       )
                                                )     ORDER TO SHOW CAUSE
SEA 'N AIR TRAVEL LLC, *et al.*,     )
                                                )
                    Defendants.         )
_____)

15    This matter comes before the Court *sua sponte*. On February 10, 2006, defendant
16 Sea 'N Air Travel LLC filed a declaration with related documents that, taken as a whole, exceed
17 50 pages in length. As of this date, a courtesy copy of these documents has not been provided
18 for chambers.

19    Defendant is hereby ORDERED to show cause within five days from the date of
20 this Order why it should not be sanctioned for failure to comply with this Court's "Minute Order
21 Setting Trial & Related Dates" (Dkt. # 14). Defendant shall immediately deliver a paper copy of
22 the documents filed on February 10, 2006, with tabs or other organizing aids as necessary and
23 clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the
24 Clerk's Office.

25    The Clerk of Court is directed to place this Order to Show Cause on the Court's
26 calendar for Thursday, February 23, 2006.

ORDER TO SHOW CAUSE

1
2          DATED this 14th day of February, 2006.
3
4          _____
           Robert S. Lasnik
5          United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE                          -2-